UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

JACK D. BUTLER

Debtor

CASE NO: 05-34703

(Chapter 13)

JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4035530**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 10,009 | CITICAPITAL COMMERCIAL CO LMG<br>CITIBANK DELAWARE<br>1615 BRETT RD  BOX #6449<br>NEW CASTLE, DE  19720 | 1,543.55 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/4/2010

Certificate of Service                     05-34703

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JACK D. BUTLER                 HAROLD JARNICKI            (10009.1)
P.O. BOX 84                    576 MOUND CT               CITICAPITAL COMMERCIAL CO LMG
OVERPECK, OH  45055            SUITE B                    CITIBANK DELAWARE
                               LEBANON, OH  45036         1615 BRETT RD  BOX #6449
                                                          NEW CASTLE, DE  19720

(29.1n)                        (28.1n)                    (33.1n)
DAVID J DEMERS                 EILEEN K FIELD             EMERSON KECK
NATIONAL CITY CTR 12TH FLOOR   632 VINE ST               318 W FOURTH
155 EAST BROAD ST              SUITE 1010                DAYTON, OH  45402
COLUMBUS, OH  43215            CINCINNATI, OH  45202

(32.1n)
WELLS FARGO FINANCIAL
2ND FLOOR
13675 TECHNOLOGY DR BLDG C
EDEN PRAIRIE, MN  55344

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner _____        sv